UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARL ALONZO BROOKS,

    Plaintiff,

v.

INDETERMINATE SENTENCE REVIEW BOARD, et al.,

    Defendants.

Case No. C11-5247RBL/JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation [Dkt. #7], and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation.

2. This action is DISMISSED WITH PREJUDICE as frivolous and malicious. The dismissal is a strike pursuant to 28 U.S.C. §1915 (e)(2) and 28 U.S.C. 1915 (g).

3. In forma pauperis status is revoked for purposes of appeal.

The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 10th day of May, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1