# United States District Court
WESTERN DISTRICT OF WASHINGTON

CARL ALONZO BROOKS

     v.

INDETERMINATE SENTENCING REVIEW BOARD, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C11-5247RBL/JRC

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

This action is DISMISSED WITH PREJUDICE as frivolous and malicious. The dismissal is a strike pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. 1915(g); and

In forma pauperis status is revoked for purposes of appeal.

| | |
|---|---|
| May 11, 2011 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |